1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLES LEE PEOPLES, JR.,              Case No. CV 17-3756 SVW (SS)

12              Plaintiff,                  **ORDER ACCEPTING FINDINGS,**

13        v.                                **CONCLUSIONS AND RECOMMENDATIONS**

14   LOS ANGELES COUNTY SHERIFF'S           **OF UNITED STATES MAGISTRATE**
     DEPARTMENT, et al.,
15                                          **JUDGE**
              Defendants.
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19   Complaint, all the records and files herein and the Report and

20   Recommendation of the United States Magistrate Judge.  The time

21   for filing Objections to the Report and Recommendation has passed

22   and no Objections have been received.  Accordingly, the Court

23   accepts and adopts the findings, conclusions and recommendations

24   of the Magistrate Judge.

25   \\

26   \\

27   \\

28

1    **IT IS ORDERED** that Judgment shall be entered dismissing this

2    action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5    Order and the Judgment herein on Plaintiff at his current address

6    of record.

7

8        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED:   January 19, 2018

11

12                                    _____
                                      STEPHEN V. WILSON
13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2