1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLES LEE PEOPLES, JR.,          Case No. CV 17-3756 SVW (SS)

12                   Plaintiff,

13        v.                                    **JUDGMENT**

14   LOS ANGELES COUNTY SHERIFF'S
     DEPARTMENT, et al.,

15
                     Defendants.
16

17

18

19        Pursuant to the Court's Order Accepting Findings,

     Conclusions and Recommendations of United States Magistrate
20
     Judge,
21

22
          IT IS HEREBY ADJUDGED that the above-captioned action is
23
     dismissed with prejudice.
24

25

     DATED:   January 19, 2018
26

27                                    _____
                                      STEPHEN V. WILSON
28                                    UNITED STATES DISTRICT JUDGE